IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS RAY STANKEWITZ,

      Petitioner,                    No. CIV S-09-0165 EFB P

      vs.

ROBERT L. AYERS,

      Respondent.                ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. See 28 U.S.C. § 2254.  Petitioner has paid the $5.00 filing fee for this action.

      Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno.  Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno.  See Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

////

////

////

////

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: January 26, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2